**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOSAM AZMI MOUSA SHAHIN,<br>Petitioner,<br>v.<br>THOMAS GILES, ET AL.,<br>Respondents. | Case No. 5:25-cv-02220-VBF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and all the records and files herein. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents shall immediately release Petitioner Hosam Azmi Mousa Shahin (A# 095-895-463) ("Petitioner") from custody on his prior Order of Supervision ("OSUP") (only those conditions in place prior to his re-detention on August 1, 2025) and return any confiscated property and documents

to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1231 without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Respondents shall not attempt to remove Petitioner to any country other than Israel without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall file a notice of compliance **within three days of entry of Judgment.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 8, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE