**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOSAM AZMI MOUSA SHAHIN,<br>Petitioner,<br>v.<br>THOMAS GILES, ET AL.,<br>Respondents. | Case No. 5:25-cv-02220-VBF-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall immediately release Petitioner Hosam Azmi Mousa Shahin (A# 095-895-463) ("Petitioner") from custody on his prior Order of Supervision ("OSUP") (only those conditions in place prior to his re-detention on August 1, 2025) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1231 without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Respondents shall not attempt to remove Petitioner to any country other than Israel without first providing written notice of

their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall file a notice of compliance **no later than 11:59 p.m. on Tuesday, September 15, 2026.**

Date: September 10, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE